| | |
|---|---|
| SANDI HEILAMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HEALTHTRONICS GROUP, LP, a Delaware Limited Partnership, PRIME MEDICAL OPERATING, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:18-cv-01938-JAM-AC<br><br>**ORDER RE JOINT STIPULATION REQUESTING DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon A. Mendez<br><br>Action Filed:　July 14, 2018<br>Trial Date:　　May 4, 2020 |

　　　Based on the parties stipulation and for good cause appearing, it is hereby ordered that all claims and the entire matter is dismissed with prejudice.

DATED: October 29, 2019

　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　United States District Court Judge

31-4158-7883.1

[PROPOSED] ORDER RE JOINT STIPULATION REQUESTING DISMISSAL WITH PREJUDICE

LEWIS
BRISBOIS